UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Mag. No. 24-1244 |
| MARCO ACEVEDO | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Vikas Khanna, the Acting United States Attorney for the District of New Jersey, hereby dismisses Violation Nos. P4505640 and P4505641 against defendant Marco Acevedo, which were filed on August 5, 2005, charging him with Assault on a Federal Officer, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
Vikas Khanna
Acting United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

_____
Hon. Andrea D. Bergman
United States Magistrate Judge

Dated: 1-30-25